| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION CR08-0179 | DOCKET NUMBER *(Tran. Court)* 6:02CR01359-05 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sarah Victoria Dodds 2643 Market Street Oakland, CA 94607 | South Carolina | Greenville |
| | NAME OF SENTENCING JUDGE G. Ross Anderson, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | (Pre-Release Date - 12/21/07) TSR FROM 06/17/08 — TO 06/16/13 |

FILED MAR 21 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

OFFENSE

21:841(b)(1)(A), 841(b)(1)(B), and 846: Conspiracy to Possess with Intent to Distribute Between 500 grams and 2 kilograms of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Feb 8, 08
Date

/s/ G. Ross Anderson, Jr.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-11-08
Effective Date

United States District Judge

(Form Revised in WP80 by D/SC - 9/97)