**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CLEMENT F. HAYNSWORTH FEDERAL BUILDING
GREENVILLE, SC 29601**

*Larry W. Propes, Clerk*

*Post Office Box 10768*
*Greenville, SC 29603*
*864-241-2708*

April 22, 2008

**FILED**

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California
Phillip Burton United States Courthouse
16th Floor
450 Golden Gate Ave
San Francisco, CA 94102-3434

CR-08-179-SBA

Re: Sarah Dodds

Dear Clerk:

Please note that the above-captioned case is being transferred to your district pursuant to your consent and the order of Judge G. Ross Anderson, Jr..

Enclosed please find a certified copy of the judgment, indictment, docket sheet, and transfer order in criminal case 6:02-1359-5
Should you need anything else, please contact me at the above number.

Very truly yours,

BY: _____
Deputy Clerk

Enclosures

_____
Document Confirmation

E-filing

| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 6:02CR01359-05 |
| **CRO8-0179** SBA | DOCKET NUMBER (Rec. Court) |
| | 4:03MJ6-WBD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sarah Victoria Dodds<br>2643 Market Street<br>Oakland, CA 94607 | South Carolina | Greenville |
| | NAME OF SENTENCING JUDGE | |
| | G. Ross Anderson, Jr. | |

| DATES OF PROBATION/SUPERVISED RELEASE: | (Pre-Release Date - 12/21/07) TSR FROM 06/17/08 | TO 06/16/13 |
|---|---|---|

**OFFENSE**

21:841(b)(1)(A), 841(b)(1)(B), and 846: Conspiracy to Possess with Intent to Distribute Between 500 grams and 2 kilograms of Cocaine

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Jan 8, 08_
Date

_D. Ross Anderson Jr._
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3-11-08_
Effective Date

_John Inman_
United States District Judge

Form Revised in WP80 by D/SC - 9/97)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**FILED**

DEC 17 2002

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:02-1359 |
| | ) | 21 U.S.C. § 846 |
| v. | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| **JOE ALEXANDER CARTER,** | ) | |
| a/k/a "Joel Carter" | ) | |
| a/k/a "Smiley" | ) | |
| **CHARLES E. VAUGHN, JR.,** | ) | |
| a/k/a "Main" | ) | |
| **DAVID ARTHUR ESPANA,** | ) | |
| a/k/a "Spanky" | ) | |
| **CORY FULLER,** | ) | |
| **SARAH VICTORIA DODDS,** | ) | |
| a/k/a "Boo" | ) | INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

That from on or about early 2000, up to and including December 2001, in the District of South Carolina and elsewhere, the Defendants, **JOEL ALEXANDER CARTER, a/k/a "Joel Carter", a/k/a "Smiley", CHARLES E. VAUGHN, JR., a/k/a "Main", DAVID ARTHUR ESPANA, a/k/a "Spanky", CORY FULLER,** and **SARAH VICTORIA DODDS, a/k/a "Boo",** did knowingly and intentionally conspire, confederate, agree together and have tacit understanding with each other, and with persons both known and unknown to the Grand Jury, to possess with intent to distribute 5 kilograms or more of cocaine, and 5 grams or more of cocaine base, commonly known as "crack" cocaine, both Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(b)(1)(A), 841(b)(1)(B), and 846.

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: _____

DEPUTY CLERK

1

A _____ Bill

_____
Foreperson


J. STROM THURMOND, JR.    (ejh/twd)
United States Attorney

By _____, AUSA

# United States District Court
## District of South Carolina

FILED

SEP 1 0 2004

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

SARAH VICTORIA DODDS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: <u>6:02-1359</u> (5)

US Marshal's Number: <u>97287-011</u>

**ENTERED**

SEP 1 0 2004

<u>HERVERY YOUNG, AFPD</u>
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s) <u>1</u> on <u>September 3, 2004</u>

☐ pleaded nolo contendere to count(s) on which was accepted by the court.

☐ was found guilty on count(s) on after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(b)(1)(A); 841(b)(1)(B) &846 | Please see indictment | 12/01 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are    dismissed on the motion of the United States.

☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court or United States attorney of any material change in the defendant's economic circumstances.

September 3, 2004
Date of Imposition of Judgment

Signature of Judicial Officer

ATRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: _____
DEPUTY CLERK

G. ROSS ANDERSON, JR., USDJ
Name and Title of Judicial Officer

Sept. 8, 2004
Date

172

Page 2

AO 245B (SCD Rev. 12/03) Judgment in a Criminal Case
  Sheet 2 - Imprisonment

DEFENDANT: <u>SARAH VICTORIA DODDS</u>
CASE NUMBER: <u>6:02-1359</u> (5)

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>60 months.</u>

"In accordance with the ruling from the Fourth Circuit Court of Appeals on August 2, 2004 (U.S. v Hammoud), and in the event the U.S. Sentencing Guidelines are found to be nonbinding on the sentencing courts, the court will also impose the following sentence in the alternative. Pursuant to Title 18 USC 3553, it is the judgement of this Court, that the defendant, Sarah Victoria Dodds, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months.

■ The court makes the following recommendations to the Bureau of Prisons:
  The court recommends that defendant be incarcerated in low level security at FCI Dublin, California.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at a.m./p.m. on.
  ☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ■ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____

       UNITED STATES MARSHAL

By_____

       Deputy United States Marshal

AO 245B (SCD Rev. 12/03) Judgment in a Criminal Case
Sheet 3 - Supervised Release

DEFENDANT: SARAH VICTORIA DODDS
CASE NUMBER: 6:02-1359 (5)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years.
1)  The defendant shall pay any unpaid balance of special assessment fee.

Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 5 years pursuant to Title 18 USC 3583. Within 72 hours of release of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable)

☐ The defendant shall cooperate in the collection of DNA as directed by the Probation Office. (Check, if applicable)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the Probation Office. (Check, if applicable)

☐ The defendant shall participate in an approved rehabilitation program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to controlled substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (SCD Rev. 12/03) Judgment in a Criminal Case
Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT: <u>SARAH VICTORIA DODDS</u>
CASE NUMBER: <u>6:02-1359</u> (5)

## CRIMINAL MONETARY PENALTIES

> The defendant will make all checks and money orders
> payable to the "**Clerk, U.S. District Court**" unless otherwise directed by the court.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until An *Amended Judgment in a Criminal Case* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed on the next page.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified in the priority order or percentage payment column on the next page. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

**SEE VICTIM(S) LIST ON THE NEXT PAGE**

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . . $

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B, may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived for the ☐ fine and/or ☐ restitution.

    ☐ The interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996. AO 245B (SCD Rev. 12/03) Judgment in a Criminal Case

Sheet 5 Part B - Criminal Monetary Penalties

DEFENDANT: <u>SARAH VICTORIA DODDS</u>
CASE NUMBER: <u>6:02-1359</u> (5)

## SCHEDULE OF PAYMENTS

Payment of the total criminal monetary penalties shall be due as follows:

A  ■  Lump sum payment of <u>$ 100.00 Special Assessment</u> due immediately;

    ☐  not later than ,

    ■  or in accordance with  ☐ C,  ■ D, or  ☐ E below; or

B  ☐  Payments to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below); or

C  ☐  Payments in (e.g., equal, weekly, monthly, quarterly) installments of $ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after the date of this judgment; or

D  ■  Payment of any unpaid balance of Special Assessment to commence after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence with (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.


☐ Joint and Several

    Defendant and Co-Defendant names and case numbers (including defendant number), total amount, joint and several amount, and corresponding payee, if applicable.


☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in property as directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, REDDOT

# U.S. District Court
# District of South Carolina (Greenville)
# CRIMINAL DOCKET FOR CASE #: 6:02-cr-01359-GRA-WMC-5
# Internal Use Only

Case title: USA v. Carter, et al

Date Filed: 12/17/2002
Date Terminated: 09/03/2004

Assigned to: Judge G Ross Anderson, Jr
Referred to: Magistrate Judge William
M Catoe

### Defendant (5)

**Sarah Victoria Dodds**
*TERMINATED: 09/10/2004*
*also known as*
Boo

represented by **Fed Public Defender**
Federal Public Defender's Office
501 E McBee Avenue
Suite 202
Greenville, SC 29601
864-235-8714
Fax: 864-233-0188
*TERMINATED: 08/21/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Hervery BO Young**
Federal Public Defender's Office
501 E McBee Avenue
Suite 202
Greenville, SC 29601
864-235-8714
Fax: 864-233-0188
Email: hervery_young@fd.org
*TERMINATED: 09/10/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: ⟨signature⟩
DEPUTY CLERK

**Pending Counts**

21:841(b)(1)(A), 841(b)(1)(B) and 846
defendants knowingly and intentionally
conspired to possess with intent to
distribute 5 kilograms or more of
cocaine and 5 grams or more of cocaine
base, commonly known as "crack"
cocaine. (early 2000 up to and including
December 2001)
(1)

**Disposition**

The defendant is committed to the
Bureau of Prisons for a term of 60
months. The court recommends that
defendant be incarcerated in low level
security at FCI Dublin, CA. The
defendant shall self-surrender. Upon
release from imprisonment, the
defendan t shall be on supervised
release for a term of 5 years. The
defendant shall pay any unpaid balance
of special assessment fee. The defendant
shall not possess a firearm, destructive
device or any other dangerous weapon.
The defendant shall pay a speci al
assessment of $100.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Interested Party**

**L C Fuller**
*TERMINATED: 06/09/2005*

represented by **L C Fuller**
Surety for Corey Fuller
2108 Greenfield Drive
Fairfield, CA 94533
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

Joyce Scott
*TERMINATED: 06/09/2005*

represented by **Joyce Scott**
Surety for Cory Fuller
782 7th Street
Richmond, CA 94801
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA**

represented by **E Jean Howard**
US Attorneys Office
PO Box 10067
Greenville, SC 29603
864-282-2100
Fax: 864-233-3158
Email: jeanne.howard@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2002 | 1 | INDICTMENT as to Joe Alexander Carter (1) count(s) 1, Charles E Vaughn (2) count(s) 1, David Arthur Espana (3) count(s) 1, Cory Fuller (4) count(s) 1, Sarah Victoria Dodds (5) count(s) 1 (fbos) (Entered: 12/18/2002) |
| 12/17/2002 | | (Court only) Added Government Attorney E. Jean Howard Per: 12/17/02 Indictment (fbos) (Entered: 12/18/2002) |
| 12/18/2002 | 3 | ORDER for Issuance of Bench Warrant as to Sarah Victoria Dodds;warrant issued ( Signed by Magistrate Judge William M. Catoe )eod 12/18/02 (fbos) (Entered: 12/18/2002) |
| 12/20/2002 | | CASE assigned to Judge Margaret B. Seymour (cqui) (Entered: 12/20/2002) |
| 12/20/2002 | | Defendant Joe Alexander Carter, David Arthur Espana, Cory Fuller, Sarah Victoria Dodds assigned to Judge Unassigned - CRI (cqui) (Entered: 12/20/2002) |
| 01/03/2003 | | (Court only) Certificate of completeness as to Joe Alexander Carter, Charles E Vaughn Jr, David Arthur Espana, Cory Fuller, Sarah Victoria Dodds, USA through document number 7 by the Clerk. (kric) (Entered: 01/03/2003) |
| 01/08/2003 | | ARREST of Sarah Victoria Dodds in Northern District of California (kric) (Entered: 03/31/2003) |

4/22/2008 10:21 AM

| 02/12/2003 | | HEARING CANCELLED - arraignment Marshal cannot get Charles E Vaughn Jr here from California (kric) Modified on 06/13/2003 (Entered: 02/12/2003) |
|---|---|---|
| 02/12/2003 | | (Court only) ** Removed HRG flag. (kric) (Entered: 02/12/2003) |
| 03/03/2003 | | (Court only) Sureties for Cory Fuller L C Fuller, Joyce Scott (sjam) (Entered: 03/03/2003) |
| 03/03/2003 | | (Court only) **Add Red Dot Flag (sjam) (Entered: 03/03/2003) |
| 03/31/2003 | 13 | Rule 40 Documents as to Sarah Victoria Dodds received from Northern District of California ,Commitment to another district, minute order, conditions of release, financial declaration. (kric) (Entered: 03/31/2003) |
| 04/22/2003 | 17 | unsecured BOND entered by Sarah Victoria Dodds in (Signed by Magistrate Wayne D. Brazil) eod 4/22/03 svd (kric) (Entered: 04/22/2003) |
| 04/24/2003 | 19 | Arraignment as to Sarah Victoria Dodds held before Magistrate Judge Bruce H. Hendricks Sarah Victoria Dodds (5) count(s) 1 (Federal Public Defender appointed ) Remains on bond from other district. Defendant pleads Not Guilty by Direction of the Court. reporter: Wiseman (sjam) (Entered: 04/25/2003) |
| 04/24/2003 | 24 | ORDER Appointing Federal Public Defender for Sarah Victoria Dodds ( Signed by Magistrate Judge Bruce H. Hendricks ) svd (sjam) (Entered: 04/25/2003) |
| 04/29/2003 | 26 | Arrest WARRANT Returned Executed as to Sarah Victoria Dodds on 1/7/03;Oakland, CA (fbos) (Entered: 04/29/2003) |
| 05/15/2003 | 30 | NOTICE of Hearing as to Sarah Victoria Dodds set pretrial conference for 10:00 5/22/03 for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (fbos) (Entered: 05/15/2003) |
| 05/15/2003 | | (Court only) **Fax document as to Fed Public Defender, Sarah Victoria Dodds, E. Jean Howard as to Sarah Victoria Dodds [30-1] notice hearing set pretrial conference for 10:00 5/22/03 for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (fbos) (Entered: 05/15/2003) |
| 05/16/2003 | | Defendant Sarah Victoria Dodds assigned to Judge Margaret B. Seymour (cqui) (Entered: 05/16/2003) |
| 05/16/2003 | 31 | ORDER REFERRING CASE to conduct pretrial conference as to David Arthur Espana, Cory Fuller, Sarah Victoria Dodds to Magistrate Judge William M. Catoe ( Signed by Judge Margaret B. Seymour )mld/eod 5/16/03 (alew) (Entered: 05/16/2003) |
| 05/20/2003 | 33 | MOTION with Memorandum in Support by Sarah Victoria Dodds for Continuance due to plea negotiations (fbos) (Entered: 05/21/2003) |
| 05/20/2003 | 34 | WAIVER of Pretrial Conference by Sarah Victoria Dodds (fbos) (Entered: 05/21/2003) |

| 05/21/2003 | | HEARING CANCELLED - pretrial conferences (kric) (Entered: 05/21/2003) |
|---|---|---|
| 05/23/2003 | 37 | ORDER as to Sarah Victoria Dodds granting [33-1] motion for Continuance due to plea negotiations as to Sarah Victoria Dodds (5) set Jury trial for 7/9/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (Signed by Judge Margaret B. Seymour ) (fbos) (Entered: 05/28/2003) |
| 06/12/2003 | 42 | NOTICE of Hearing as to Sarah Victoria Dodds set pretrial conference for 10:00 6/19/03 for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks , and set Jury trial for 10:00 7/9/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (alew) (Entered: 06/12/2003) |
| 06/12/2003 | | (Court only) **Fax document as to Fed Public Defender as to Sarah Victoria Dodds [42-1] notice hearing set pretrial conference for 10:00 6/19/03 for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks, [42-2] notice hearing set Jury trial for 10:00 7/9/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (alew) (Entered: 06/12/2003) |
| 06/12/2003 | 43 | ORDER REFERRING CASE to Magistrate Judge Bruce H. Hendricks as to David Arthur Espana, Cory Fuller, Sarah Victoria Dodds ( Signed by Judge Margaret B. Seymour )mld/eod 6/12/03 (alew) (Entered: 06/12/2003) |
| 06/19/2003 | 46 | WAIVER of Pretrial Conference by Sarah Victoria Dodds (fbos) (Entered: 06/19/2003) |
| 06/19/2003 | 47 | MOTION with Memorandum in Support by Sarah Victoria Dodds for Continuance due to plea negotiations (fbos) (Entered: 06/19/2003) |
| 06/19/2003 | 50 | PRETRIAL CONFERENCE as to Sarah Victoria Dodds held before Magistrate Judge Bruce H. Hendricks ORAL ORDER Court Reporter: Jean Cole. (fbos) (Entered: 06/20/2003) |
| 06/24/2003 | 53 | ORDER as to Sarah Victoria Dodds granting [47-1] motion for Continuance due to plea negotiations as to Sarah Victoria Dodds (5) reset Jury trial for 8/5/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (Signed by Judge Margaret B. Seymour )mld/eod 6/24/03 (alew) (Entered: 06/24/2003) |
| 07/10/2003 | 54 | NOTICE of Hearing as to David Arthur Espana, Cory Fuller, Sarah Victoria Dodds set pretrial conference for 10:00 7/16/03 for David Arthur Espana, for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe served (sfet) (Entered: 07/10/2003) |
| 07/10/2003 | | (Court only) **Fax document as to Everett P. Godfrey Jr., J Bradley Bennett as to Cory Fuller, Sarah Victoria Dodds [54-1] notice hearing set pretrial conference for 10:00 7/16/03 for David Arthur Espana, for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (sfet) (Entered: 07/10/2003) |

| 07/10/2003 | | (Court only) Document 54 faxed to all in-house as to David Arthur Espana, Cory Fuller, Sarah Victoria Dodds (sfet) (Entered: 07/10/2003) |
|---|---|---|
| 07/11/2003 | 57 | ORDER REFERRING CASE to Magistrate Judge William M. Catoe as to Sarah Victoria Dodds ( Signed by Judge Margaret B. Seymour ) (alew) (Entered: 07/11/2003) |
| 07/14/2003 | 58 | MOTION with Memorandum in Support by Sarah Victoria Dodds for Continuance due to ongoing plea negotiations (alew) (Entered: 07/14/2003) |
| 07/15/2003 | | (Court only) **Terminated deadline(s) as to Sarah Victoria Dodds : pretrial conference (kric) (Entered: 07/15/2003) |
| 07/15/2003 | | (Court only) ** Removed HRG flag. (kric) (Entered: 07/15/2003) |
| 07/16/2003 | 62 | ORDER as to Sarah Victoria Dodds granting [58-1] motion for Continuance due to ongoing plea negotiations as to Sarah Victoria Dodds (5) set Jury trial for 9/4/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (Signed by Judge Margaret B. Seymour ) (fbos) (Entered: 07/16/2003) |
| 08/11/2003 | 67 | NOTICE of Hearing as to Cory Fuller, Sarah Victoria Dodds set pretrial conference for 10:00 8/21/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks , set Change of Plea Hearing for 10:00 8/25/03 for Cory Fuller, for Sarah Victoria Dodds before Judge Margaret B. Seymour (pbri) (Entered: 08/11/2003) |
| 08/11/2003 | | (Court only) **Fax document as to Fed Public Defender, Everett P. Godfrey Jr.as to Cory Fuller, Sarah Victoria Dodds [67-1] notice hearing set pretrial conference for 10:00 8/21/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks (pbri) (Entered: 08/11/2003) |
| 08/11/2003 | | (Court only) CASE NO LONGER REFERRED TO Magistrate Judge William M. Catoe (pbri) (Entered: 08/11/2003) |
| 08/12/2003 | 68 | ORDER REFERRING CASE to Magistrate Judge Bruce H. Hendricks as to Cory Fuller, Sarah Victoria Dodds ( Signed by Judge Margaret B. Seymour ) (pbri) (Entered: 08/12/2003) |
| 08/12/2003 | | Motion(s) referred to Magistrate Judge Bruce H. Hendricks as to Cory Fuller, Sarah Victoria Dodds : [23-1] motion for specific requests for information (pbri) (Entered: 08/12/2003) |
| 08/12/2003 | | Motion(s) referred to Magistrate Judge Bruce H. Hendricks as to Cory Fuller, Sarah Victoria Dodds : [22-1] motion for discovery and inspection (pbri) (Entered: 08/12/2003) |
| 08/21/2003 | | (Court only) Added for Sarah Victoria Dodds Attorney Hervery BO Young Per: appearance in open court (sfet) (Entered: 08/21/2003) |

| 08/21/2003 | | (Court only) **Terminated attorney Fed Public Defender for Sarah Victoria Dodds as to Sarah Victoria Dodds (sfet) (Entered: 08/21/2003) |
|---|---|---|
| 08/21/2003 | 69 | PRETRIAL CONFERENCE as to Cory Fuller, Sarah Victoria Dodds held before Magistrate Judge Bruce H. Hendricks. Defendants present with counsel. Continuance requested without objection. Court Reporter: Wiseman. (kric) (Entered: 08/21/2003) |
| 08/21/2003 | 70 | WAIVER of Appearance at Pretrial Conference by Sarah Victoria Dodds (fbos) (Entered: 08/22/2003) |
| 08/21/2003 | 71 | MOTION with Memorandum in Support by Sarah Victoria Dodds for Continuance due to interest of justice (fbos) (Entered: 08/22/2003) |
| 08/27/2003 | 73 | ORDER as to Sarah Victoria Dodds granting [71-1] motion for Continuance due to interest of justice as to Sarah Victoria Dodds (5) (Signed by Judge Margaret B. Seymour ) (alew) (Entered: 08/27/2003) |
| 08/28/2003 | | HEARING CANCELLED - arraignment for Vaugh, Marshal did not have defendant here (kric) (Entered: 08/28/2003) |
| 09/12/2003 | 76 | NOTICE of Hearing as to Cory Fuller, Sarah Victoria Dodds set pretrial conference for 10:00 9/18/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe , and set Change of Plea Hearing for 10:00 10/1/03 for Cory Fuller, for Sarah Victoria Dodds before Judge Margaret B. Seymour (fbos) (Entered: 09/12/2003) |
| 09/12/2003 | | (Court only) **Fax document as to L C Fuller, Hervery BO Young, Sarah Victoria Dodds, Cory Fuller as to Cory Fuller, Sarah Victoria Dodds [76-1] notice hearing set pretrial conference for 10:00 9/18/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (fbos) (Entered: 09/12/2003) |
| 09/17/2003 | 77 | WAIVER of Pretrial Conference by Sarah Victoria Dodds (fbos) (Entered: 09/17/2003) |
| 09/17/2003 | 78 | MOTION with Memorandum in Support by Sarah Victoria Dodds for Continuance due to ends of justice (fbos) (Entered: 09/17/2003) |
| 09/18/2003 | 80 | MOTION with Memorandum in Support by Sarah Victoria Dodds for Continuance due to ends of justice (fbos) (Entered: 09/18/2003) |
| 09/18/2003 | 81 | PRETRIAL CONFERENCE as to Sarah Victoria Dodds held before Magistrate Judge William M. Catoe. Continuance requested. Defendant wavied appearance. Court Reporter: Wiseman. (sjam) (Entered: 09/18/2003) |
| 09/19/2003 | 83 | ORDER as to Sarah Victoria Dodds granting [78-1] motion for Continuance due to ends of justice as to Sarah Victoria Dodds (5) reset Jury trial for 10:00 11/5/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (Signed by Chief Judge Joseph F. Anderson Jr ) svd (sjam) (Entered: 09/19/2003) |

| | | |
|---|---|---|
| 09/19/2003 | | (Court only) **Terminated document(s) as to Sarah Victoria Dodds : mooting [80-1] motion for Continuance due to ends of justice as to Sarah Victoria Dodds (5) 9/19/03 order signed (sjam) (Entered: 09/19/2003) |
| 09/23/2003 | 84 | ORDER as to Sarah Victoria Dodds Continuing due to the request of the defendant , reset Jury trial for 10:00 11/5/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (Signed by Chief Judge Joseph F. Anderson Jr )EOD 9/23/03, SVD (jsmi) (Entered: 09/23/2003) |
| 10/07/2003 | | HEARING CANCELLED - Vaughn arraignment 10/23/03 (sjam) (Entered: 10/07/2003) |
| 10/07/2003 | | (Court only) ** Removed HRG flag. (sjam) (Entered: 10/07/2003) |
| 10/14/2003 | | (Court only) **Terminated deadline(s) as to Cory Fuller, Sarah Victoria Dodds : cphrgddl. (fbos) (Entered: 10/14/2003) |
| 10/16/2003 | 86 | NOTICE of Hearing as to Cory Fuller, Sarah Victoria Dodds set] pretrial conference for 10:00 10/22/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks (fbos) (Entered: 10/17/2003) |
| 10/17/2003 | | (Court only) **Fax document as to Hervery BO Young, Sarah Victoria Dodds, Everett P. Godfrey Jr., Cory Fuller as to Cory Fuller, Sarah Victoria Dodds [86-1] notice hearing set] pretrial conference for 10:00 10/22/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks (fbos) (Entered: 10/17/2003) |
| 10/21/2003 | 87 | WAIVER of Appearance by Sarah Victoria Dodds (fbos) (Entered: 10/21/2003) |
| 10/21/2003 | 88 | MOTION with Memorandum in Support by Sarah Victoria Dodds for Continuance due to plea negotiations (fbos) (Entered: 10/21/2003) |
| 10/22/2003 | 91 | PRETRIAL CONFERENCE as to Sarah Victoria Dodds held before Magistrate Judge Bruce H. Hendricks. Defendant waived appearance. Continuance requested. Court Reporter: Cole. (sjam) (Entered: 10/22/2003) |
| 10/27/2003 | 93 | ORDER as to Sarah Victoria Dodds granting [88-1] motion for Continuance due to plea negotiations as to Sarah Victoria Dodds (5) set Jury trial for 10:00 12/2/03 for Sarah Victoria Dodds before Judge Margaret B. Seymour (Signed by Judge Margaret B. Seymour ) (fbos) (Entered: 10/28/2003) |
| 11/12/2003 | 94 | NOTICE of Hearing as to Cory Fuller, Sarah Victoria Dodds set pretrial conference for 10:00 11/20/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (sjam) (Entered: 11/12/2003) |
| 11/12/2003 | | (Court only) **Fax document as to Joyce Scott, L C Fuller, Sarah Victoria Dodds, Everett P. Godfrey Jr., Cory Fuller as to Cory Fuller, Sarah Victoria Dodds [94-1] notice hearing set pretrial conference for 10:00 11/20/03 for Cory Fuller, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (sjam) (Entered: 11/12/2003) |

| 11/13/2003 | 96 | WAIVER of PreTrial Conference by Sarah Victoria Dodds (fbos) (Entered: 11/14/2003) |
| 11/20/2003 | 98 | PRETRIAL CONFERENCE as to Sarah Victoria Dodds held before Magistrate Judge William M. Catoe. Waived appearance. Continuance requested. Court Reporter: Kirkley. (sjam) (Entered: 11/20/2003) |
| 12/03/2003 | 105 | ORDER as to Sarah Victoria Dodds Continuing due to interests of justice , set Jury trial for 10:00 1/6/04 for Sarah Victoria Dodds before Judge Margaret B. Seymour (Signed by Judge Margaret B. Seymour ) (fbos) (Entered: 12/04/2003) |
| 12/10/2003 | | (Court only) **Re-Fax document [108-1] notice hearing set Arraignment for 9:00 12/12/03 for Joe Alexander Carter before Magistrate Judge Bruce H. Hendricks (kric) (Entered: 12/10/2003) |
| 12/10/2003 | 109 | ORDER as to Sarah Victoria Dodds to modify Bond adding condition house arrest with electronic monitoring for Sarah Victoria Dodds. (Signed by Magistrate Judge Bruce H. Hendricks ) svd (sjam) (Entered: 12/10/2003) |
| 12/11/2003 | | CASE NO LONGER REFERRED TO Magistrate Judge Bruce H. Hendricks Case removed from docket of Magistrate Judge Bruce H. Hendricks (sfet) (Entered: 12/11/2003) |
| 12/16/2003 | 110 | NOTICE of Hearing as to Sarah Victoria Dodds s pretrial conference for 10:00 12/18/03 for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks svd 12/16/03 (gant) (Entered: 12/16/2003) |
| 12/16/2003 | | (Court only) **Fax document as to Hervery BO Young, E. Jean Howard as to Sarah Victoria Dodds [110-1] notice hearing s pretrial conference for 10:00 12/18/03 for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks (gant) (Entered: 12/16/2003) |
| 12/16/2003 | | (Court only) ** Removed HRG flag. (sjam) (Entered: 12/16/2003) |
| 12/16/2003 | 111 | WAIVER OF PRETRIAL CONFERENCE 12/18/03 by Sarah Victoria Dodds (sjam) (Entered: 12/17/2003) |
| 12/17/2003 | | (Court only) **Fax document as to Hervery BO Young, E. Jean Howard as to Sarah Victoria Dodds [111-1] waiver (sjam) (Entered: 12/17/2003) |
| 12/18/2003 | | CASE assigned to Judge G. R. Anderson Jr (cqui) (Entered: 12/18/2003) |
| 12/18/2003 | 113 | PRETRIAL CONFERENCE as to Sarah Victoria Dodds held before Magistrate Judge Bruce H. Hendricks. Attorney present, defendant previously filed waiver of appearance. Continuance requested without objection. Court Reporter: Cole. (kric) (Entered: 12/18/2003) |
| 12/24/2003 | 117 | ORDER as to Sarah Victoria Dodds Continuing due to interest of public and defendant , reset Jury trial for 9:00 2/3/04 for Sarah Victoria Dodds before Judge G. R. Anderson Jr (Signed by Judge G. R. Anderson Jr ) svd (sjam) (Entered: 12/29/2003) |

| 12/31/2003 | 119 | NOTICE of Hearing as to Joe Alexander Carter, Sarah Victoria Dodds set pretrial conference for 10:00 1/22/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe , set Change of Plea Hearing for 10:00 1/28/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Judge G. R. Anderson Jr (sjam) (Entered: 12/31/2003) |
|---|---|---|
| 12/31/2003 | | (Court only) **Fax document as to Sarah Victoria Dodds, Thomas Gordon Nessler Jr, Joe Alexander Carter as to Joe Alexander Carter, Sarah Victoria Dodds [119-1] notice hearing set pretrial conference for 10:00 1/22/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (sjam) (Entered: 12/31/2003) |
| 01/22/2004 | 125 | PRETRIAL CONFERENCE as to Joe Alexander Carter, Sarah Victoria Dodds held before Magistrate Judge William M. Catoe. Defendants waive appearance at pretrial. Continued requested without objection. Court Reporter: Wiseman. (kric) (Entered: 01/22/2004) |
| 01/29/2004 | 126 | ORDER as to Joe Alexander Carter, Sarah Victoria Dodds Continuing due to in the best interest of justice (Signed by Judge G. R. Anderson Jr ) eod 1/30/04, svd. (acas) (Entered: 01/30/2004) |
| 02/10/2004 | 127 | NOTICE of Hearing as to Joe Alexander Carter, Sarah Victoria Dodds set pretrial conference for 10:00 2/19/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks (pbri) (Entered: 02/10/2004) |
| 02/10/2004 | | (Court only) **Fax document as to Cameron G Boggs as to Joe Alexander Carter, Sarah Victoria Dodds [127-1] notice hearing set pretrial conference for 10:00 2/19/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks (pbri) (Entered: 02/10/2004) |
| 02/13/2004 | 128 | NOTICE of Hearing as to Sarah Victoria Dodds set Jury trial for 9:00 3/1/04 for Sarah Victoria Dodds before Judge G. R. Anderson Jr (pbri) (Entered: 02/13/2004) |
| 02/13/2004 | | (Court only) **Fax document as to Hervery BO Young as to Sarah Victoria Dodds [128-1] notice hearing set Jury trial for 9:00 3/1/04 for Sarah Victoria Dodds before Judge G. R. Anderson Jr (pbri) (Entered: 02/13/2004) |
| 02/19/2004 | 136 | PRETRIAL CONFERENCE as to Sarah Victoria Dodds held before Magistrate Judge Bruce H. Hendricks ORAL ORDER for emergency psychiatric examination Court Reporter: Cole. (sjam) Modified on 02/19/2004 (Entered: 02/19/2004) |
| 02/19/2004 | 137 | ORDER as to Sarah Victoria Dodds to revoke Bond and clerk to issue warrant for Sarah Victoria Dodds. (Signed by Magistrate Judge Bruce H. Hendricks ) svd warrant issued. (sjam) (Entered: 02/19/2004) |
| 02/19/2004 | | Bond Revocation WARRANT issued as to Sarah Victoria Dodds . (sjam) (Entered: 02/19/2004) |

| 02/19/2004 | 138 | EMERGENCY ORDER as to Sarah Victoria Dodds for Psychiatric Exam (Signed by Magistrate Judge Bruce H. Hendricks ) svd and faxed to Marshal and Bureau of Prisons (sjam) (Entered: 02/19/2004) |
|---|---|---|
| 03/01/2004 | 139 | Arrest WARRANT Returned Executed as to Sarah Victoria Dodds on 2/20/04; emergency psy exam order (pbri) (Entered: 03/01/2004) |
| 03/08/2004 | | (Court only) **Terminated deadline(s) as to Joe Alexander Carter, Sarah Victoria Dodds : change of plea and jury trial (pbri) (Entered: 03/08/2004) |
| 03/08/2004 | | (Court only) Deadline updated as to Joe Alexander Carter, Sarah Victoria Dodds, reset Jury trial for 9:00 4/5/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Judge G. R. Anderson Jr (pbri) (Entered: 03/08/2004) |
| 03/09/2004 | 141 | NOTICE of Hearing as to Joe Alexander Carter, Sarah Victoria Dodds set pretrial conference for 10:00 3/18/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (pbri) (Entered: 03/09/2004) |
| 03/18/2004 | | HEARING CANCELLED - pretrial conference, defendant on medical exam (kric) (Entered: 03/18/2004) |
| 03/18/2004 | | (Court only) ** Removed HRG flag. (kric) (Entered: 03/18/2004) |
| 04/08/2004 | 145 | NOTICE of Hearing as to Joe Alexander Carter, Sarah Victoria Dodds set pretrial conference for 10:00 4/22/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Magistrate Bruce H Hendricks , set Change of Plea Hearing for 9:30 4/30/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Judge G. R. Anderson Jr svd (sjam) (Entered: 04/08/2004) |
| 04/13/2004 | | (Court only) Deadline updated as to Joe Alexander Carter, Sarah Victoria Dodds, reet Jury trial for 9:00 5/3/04 for Joe Alexander Carter, for Sarah Victoria Dodds before Judge G. R. Anderson Jr (pbri) (Entered: 04/13/2004) |
| 04/21/2004 | | (Court only) **Terminated deadline(s) as to Sarah Victoria Dodds : pretrial conference (kric) (Entered: 04/21/2004) |
| 04/21/2004 | | HEARING CANCELLED - pretrial conference (kric) (Entered: 04/21/2004) |
| 05/11/2004 | | (Court only) **Terminated deadline(s) as to Sarah Victoria Dodds : Jury trial (pbri) (Entered: 05/11/2004) |
| 05/11/2004 | | (Court only) Defendant is away on a psy exam as to Sarah Victoria Dodds (pbri) (Entered: 05/11/2004) |
| 05/11/2004 | 152 | NOTICE of Hearing as to Sarah Victoria Dodds set pretrial conference for 10:00 5/20/04 for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (pbri) (Entered: 05/11/2004) |
| 05/20/2004 | | HEARING CANCELLED - pretrial- on medical exam (sjam) (Entered: 05/20/2004) |

| 06/07/2004 | 155 | NOTICE of Hearing as to Sarah Victoria Dodds set pretrial conference for 2:00 6/17/04 for Sarah Victoria Dodds before Magistrate Judge Bruce H. Hendricks (pbri) (Entered: 06/07/2004) |
| 06/09/2004 | | (Court only) Medical report received and fowarded to attorneys and pretrial as to Sarah Victoria Dodds (sjam) (Entered: 06/09/2004) |
| 06/14/2004 | 156 | ORDER as to Sarah Victoria Dodds to set Bond Bond reset to $50,000.00 unsecured for Sarah Victoria Dodds to be signed in Los Angeles and to be released from that location (Signed by Magistrate Judge William M. Catoe ) svd eod 06/15/04 (kric) (Entered: 06/15/2004) |
| 06/16/2004 | | HEARING CANCELLED - pretrial conference (kric) (Entered: 06/16/2004) |
| 06/16/2004 | | (Court only) ** Removed HRG flag. (kric) (Entered: 06/16/2004) |
| 06/17/2004 | 157 | unsecured BOND entered by Sarah Victoria Dodds in Amount $ 50,000.00 (Signed by Magistrate Patrick Walsh in Los Angeles California) svd eod 06/17/04 (kric) (Entered: 06/18/2004) |
| 06/18/2004 | 158 | Rule 40 Documents as to Sarah Victoria Dodds received from Central District of California with copy of bond and financial affidavit (sjam) (Entered: 06/21/2004) |
| 07/09/2004 | | (Court only) **Excludable XA updated as to Sarah Victoria Dodds (pbri) (Entered: 07/09/2004) |
| 07/09/2004 | | (Court only) Deadline updated as to Sarah Victoria Dodds, reset Jury trial for 9:00 8/2/04 for Sarah Victoria Dodds before Judge G R. Anderson Jr (pbri) (Entered: 07/09/2004) |
| 07/12/2004 | 160 | NOTICE of Hearing as to Sarah Victoria Dodds reset pretrial conference for 10:00 7/22/04 for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (pbri) (Entered: 07/12/2004) |
| 07/12/2004 | | (Court only) **Fax document as to Hervery BO Young as to Sarah Victoria Dodds [160-1] notice hearing reset pretrial conference for 10:00 7/22/04 for Sarah Victoria Dodds before Magistrate Judge William M. Catoe (pbri) (Entered: 07/12/2004) |
| 07/20/2004 | 161 | Plea Agreement as to Sarah Victoria Dodds (pbri) (Entered: 07/20/2004) |
| 07/20/2004 | | (Court only) **Fax document as to Hervery BO Young, Sarah Victoria Dodds, E Jean Howard as to Sarah Victoria Dodds [161-1] plea (pbri) (Entered: 07/20/2004) |
| 07/21/2004 | | HEARING CANCELLED - pretrial conference (kric) (Entered: 07/21/2004) |
| 07/21/2004 | | (Court only) ** Removed HRG flag. (kric) (Entered: 07/21/2004) |
| 08/02/2004 | | (Court only) Deadline updated as to Sarah Victoria Dodds, reset Jury trial for 9:00 9/7/04 for Sarah Victoria Dodds before Judge G R. Anderson Jr |

| | | |
|---|---|---|
| | | (pbri) (Entered: 08/02/2004) |
| 08/05/2004 | 163 | NOTICE of Hearing as to Sarah Victoria Dodds set Change of Plea Hearing for 9:30 9/3/04 for Sarah Victoria Dodds before Judge G R. Anderson Jr (pbri) (Entered: 08/05/2004) |
| 08/05/2004 | | (Court only) **Fax document as to Hervery BO Young as to Sarah Victoria Dodds [163-1] notice hearing set Change of Plea Hearing for 9:30 9/3/04 for Sarah Victoria Dodds before Judge G R. Anderson Jr (pbri) (Entered: 08/05/2004) |
| 08/20/2004 | 166 | NOTICE of Hearing as to Sarah Victoria Dodds reset Change of Plea Hearing for 9:30 9/3/04 for Sarah Victoria Dodds before Judge G R. Anderson Jr (pbri) (Entered: 08/20/2004) |
| 08/31/2004 | | Defendant Sarah Victoria Dodds reassigned to Judge G R. Anderson Jr (ydav) (Entered: 09/01/2004) |
| 09/03/2004 | | (Court only) Defendant pled guilty, competency report forwarded to Probation as to Sarah Victoria Dodds (sjam) (Entered: 09/03/2004) |
| 09/03/2004 | 169 | PLEA proffered by Sarah Victoria Dodds as to count(s) 1 of the Indictment. Court accepts plea, GUILTY PLEA ENTERED as to Sarah Victoria Dodds (5) count(s) 1 Defendant remains. (before Judge G R. Anderson Jr ) Court Reporter: Geri Kirkley (fbos) (Entered: 09/03/2004) |
| 09/03/2004 | 170 | PLEA entered by Sarah Victoria Dodds . Defendant enters plea of: Guilty. (fbos) (Entered: 09/03/2004) |
| 09/03/2004 | 171 | SENTENCING held before Judge G R. Anderson Jr Sarah Victoria Dodds (5) count(s) 1 Witness(es) no, Objections to Pre-Sentence Report: no , Motion for upward/downward departure: no; Court Reporter: Geri Kirkley (fbos) (Entered: 09/03/2004) |
| 09/03/2004 | | (Court only) RETURN OF SEALED PRESENTENCE REPORT TO US PROBATION as to Sarah Victoria Dodds (fbos) (Entered: 09/03/2004) |
| 09/10/2004 | 172 | JUDGMENT Sarah Victoria Dodds (5) count(s) 1. The defendant is committed to the Bureau of Prisons for a term of 60 months. The court recommends that defendant be incarcerated in low level security at FCI Dublin, CA. The defendant shall self-surrender. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years. The defendant shall pay any unpaid balance of special assessment fee. The defendant shall not possess a firearm, destructive device or any other dangerous weapon. The defendant shall pay a special assessment of $100.00. ( Signed by Judge G R. Anderson Jr ) (fbos) (Entered: 09/10/2004) |
| 10/12/2004 | | (Court only) RETURN OF SEALED PRESENTENCE REPORT TO US PROBATION as to Sarah Victoria Dodds (pbri) (Entered: 10/12/2004) |
| 10/18/2004 | | (Court only) Sent AUSA as to Sarah Victoria Dodds corrected SOR (pbri) (Entered: 10/18/2004) |

| 10/19/2004 | 173 | MOTION by Sarah Victoria Dodds to extend time (pbri) (Entered: 10/19/2004) |
| 10/22/2004 | 174 | ORDER as to Sarah Victoria Dodds granting [173-1] motion to extend time as to Sarah Victoria Dodds (5) (Signed by Judge G R. Anderson Jr ) SVD (pbri) (Entered: 10/22/2004) |
| 01/21/2005 | | Motion(s) no longer referred to Magistrate Judge William M. Catoe as to Sarah Victoria Dodds : (sjam) (Entered: 01/21/2005) |
| 02/15/2005 | 181 | TRANSCRIPT OF GUILTY PLEAS as to Sarah Victoria Dodds for dates of 9/3/04 before Judge G R. Anderson Jr held in Anderson, SC Court Reporter: Kirkley (pbri) (Entered: 02/16/2005) |
| 06/09/2005 | | (Court only) ***Case Terminated as to Joe Alexander Carter, Charles E Vaughn, Jr, David Arthur Espana, Cory Fuller, Sarah Victoria Dodds, Terminate Deadlines and Hearings as to Joe Alexander Carter, Charles E Vaughn, Jr, David Arthur Espana, Cory Fuller, Sarah Victoria Dodds:, ***Terminated defendant Charles E Vaughn, Jr; L C Fuller and Joyce Scott, pending deadlines, and motions. (sjam, ) (Entered: 06/09/2005) |
| 02/10/2008 | 189 | (Court only) ***Clerk Staff Notes as to Sarah Victoria Dodds: returned transfer of probation to USPO. (pbri, ) (Entered: 02/10/2008) |
| 04/16/2008 | 192 | Probation Jurisdiction Transferred to Northern District of California as to Sarah Victoria Dodds Emailed Transfer of Jurisdiction form.(pbri, ) (Entered: 04/16/2008) |
| 04/16/2008 | 193 | (Court only) ***Clerk Staff Notes as to Sarah Victoria Dodds: Transfer letter sent to Ruby Woo at California Northern District Court. Contact number 1-415-522-2000. (pbri, ) (Entered: 04/16/2008) |